

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 1 6 2018

JAMES W. McCORMACK, CLERK
By: _____, DEP CLERK

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **AARON LEWIS** | |

Case No. 4:11CR00244-001 BSM

USM No. 23813-009

Lisa Peters
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __2, 4, 6, 7, 8__ of the term of supervision.

☑ was found in violation of condition(s) count(s) __1, 3, 5__ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Mandatory | Possession of a controlled substance | 05/30/2018 |
| 2 - Standard (7) | Use of a controlled substance | 05/30/2018 |
| 3 - Standard (1) | Leaving the judicial district without permission | 09/04/2017 |
| 4 - Standard (2) | Failure to submit monthly reports | 01/17/2018 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __4050__

Defendant's Year of Birth: __1974__

City and State of Defendant's Residence:
Little Rock, Arkansas

07/16/2018
Date of Imposition of Judgment

_____
Signature of Judge

Brian S. Miller, U.S. District Judge
Name and Title of Judge

7-16-18
Date

AO 245D (Rev. 02/18)    Judgment in a Criminal Case for Revocations
                        Sheet 1A

DEFENDANT: AARON LEWIS
CASE NUMBER: 4:11CR00244-001 BSM

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 - Standard (3) | Failure to report to the probation office as instructed | 09/05/2017 |
| 6 - Standard (1) | Failure to participate in residential reentry center | 07/25/2016 |
| 7 - Special (2) | Failure to attend mental health treatment | 03/28/2018 |
| 8 - Special (3) | Failure to participate in drug & alcohol testing, failure to abstain from alcohol | 05/30/2018 |

**DEFENDANT:** AARON LEWIS
**CASE NUMBER:** 4:11CR00244-001 BSM

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

3 months with no supervised release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

It is recommended that defendant be placed in Fort Worth, Texas.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL